JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LESSLY MERIDA,

                    Petitioner,

              v.

WARDEN OF ADELANTO
IMMIGRATION AND CUSTOMS
ENFORCEMENT ICE PROCESSING
CENTER, et al.,

                    Respondents.

Case No. 5:26-cv-02741 PA (ADS)

JUDGMENT

        Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the unopposed Petition is granted.

Dated:  June 3, 2026

_____
PERCY ANDERSON
United States District Judge